| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321) |
| | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
| | Chief, Civil Division |
| 3 | JONATHAN U. LEE (CSBN 148792) |
| | Assistant United States Attorneys |

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7073
    FAX: (415) 436-6748

Attorneys for Defendant, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| USAA CASUALTY INSURANCE COMPANY, | No. C 05-01680 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| UNITED STATES; and DOES 1 to 50, inclusive, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
No. C 05-1680 MMC

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff USAA CASUALTY INSURANCE COMPANY and Defendant United States of America, stipulate to the dismissal with prejudice of USAA CASUALTY INSURANCE COMPANY v. United States, Northern District of California case number C 05-1680 MMC.  Each party will bear its own attorneys fees and costs.

Dated: November 23, 2005

LAW OFFICES OF JEFFREY E. KARPEL

/s/
By: JEFFREY E. KARPEL
Attorneys for Plaintiff USAA CASUALTY INSURANCE COMPANY

Dated: November 23, 2005

KEVIN V. RYAN
United States Attorney

/s/
JONATHAN U. LEE
Assistant United States Attorney
Attorneys for Defendant USA

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 29, 2005

THE HONORABLE MAXINE M. CHESNEY
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
No. C 05-1680 MMC

2